CHAD S. HUMMEL (CA SBN 139055)
TRAVIS A. CORDER (CA SBN 237575)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000   Fax: (310) 312-4224

Attorneys for Plaintiff GYRODATA INCORPORATED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYRODATA INCORPORATED, a Texas corporation<br>Plaintiff(s)<br>v.<br>ATLANTIC INERTIAL SYSTEMS, INC., a California and Delaware corporation; et al.<br>Defendants(s). | CASE NUMBER<br>CV08-07897-GHK (FMOx)<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>*(Use separate proof of service for each person/party served.)* |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of:

   a. [X] summons   [X] complaint   [ ] alias Summons   [ ] first amended complaint
   PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES L.R. 7.1-1; PLAINTIFF'S FED. R. CIV. P. RULE 7.1 STATEMENT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; NOTICE TO COUNSEL; ATTENTION:NEW CIVIL ACTIONS; CIVIL COVER SHEET; USDC CIVILITY AND
   [X] other *(specify):* PROFESSIONALISM GUIDELINES; CLERKS OFFICE SERVICES

2. **Person Served**
   a. [X] Defendant *(Name)*: ATLANTIC INERTIAL SYSTEMS, INC., a California and Delaware corporation
   b. [X] Other *(specify name and title or relationship to the party/business named):*
      CT Corporation System, agent for service of process-Barbara Wilson, process clerk
   c. [X] Address where papers were served:
      818 West 7th Street, 2nd Floor, Los Angeles, CA 90017

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*
   a. [X] Federal Rules of Civil Procedure
   b. [ ] California Code of Civil Procedure

4. **I served the person named in item 2**
   a. [X] **By Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [X] Papers were served on *(date):* December 8, 2008   at *(time):* 10:00 a.m.

   b. [ ] **By Substituted Service.** By leaving copies:

      1. [ ] **(home)** at the dwelling house or usual place of abode of the person served, in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. [ ] **(business)** with _____ , person apparently in charge at the office or usual place of business of the person served, at least 18 years of age, and informed of the general nature of the papers.

      3. [ ] Papers were served on *(date):* _____ at *(time):* _____

      4. [ ] by mailing *(by first-class, postage prepaid)* copies to the person served in item 2(b) at the place where the copies were left in item 2(c).

      5. [ ] papers were mailed on *(date):* _____ from *(place):* _____

      6. [ ] due diligence. I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                   PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two copies (2) of the form Waiver of Service of Summons and Complaint and a return envelope, postage prepaid, addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☒ **Service on domestic corporation, unincorporated association, partnership, or public entity** (F.R.Civ.P. 4(h), CCP 416.10-416.50) By delivering, during usual business hours, a copy of the summons and of the complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association, partnership, or public entity** (CCP 415.20(a) only) By leaving, during usual office hours, a copy of the summons and complaint in the office of the person served, with a person who apparently was in charge, and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with CCP 415.20. Substituted service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation** in a manner described for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States and It's Agencies, Corporations or Officers**

  a. ☐ By delivering a copy of the summons and of the complaint to the clerical employee designated by the U. S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and of the complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorney's Office.

  Name of person served:

  Title of person served:

  Date and time of service   (date): _____ at (time): _____

  b. ☐ By sending a copy of the summons and of the complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

  c. ☐ By sending a copy of the summons and of the complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address, phone, registration info):*

   David Tilson
   Now Legal Services LLC
   1301 West 2nd Street, Suite 206, Los Angeles, CA 90026
   213-482-1567
   Registered Los Angeles County #5426

   a. Fee for Service  $
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P Code 22350 (b)
   d. ☒ Registered California process server

8. ☐ I am a California Sheriff, Marshal or Constable and I certify the foregoing is true and correct.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:   December 8, 2008

*(Signature)*

---

CV-1 (04/01)            **PROOF OF SERVICE - SUMMONS AND COMPLAINT**            PAGE 2

## E-FILING

## PROOF OF TRANSMISSION

I, Michelle Wade, declare as follows:

I am employed in Los Angeles County, Los Angeles, California. I am over the age of eighteen years and not a party to the within cause. My business address is MANATT, PHELPS & PHILLIPS, LLP, 11355 West Olympic Boulevard, Los Angeles, California 90064-1614.

On December 11, 2008, I instructed US MAIL to serve and file the foregoing document described as:

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

on all interested parties in this action. US MAIL caused such document to be e-mailed or delivered by mail to the addresses listed with the Court.

Carol Marinello
22912 Baltar Street
Canoga Park, CA  91304

Atlantic Inertial Systems, Inc.
818 West 7th Street, 2nd Floor
Los Angeles, CA  90017

BAE Systems, Inc.
c/o CT Corporation System
12 School Street
Concord, NH  03301

I declare that I am employed in the office of a member of the bar of this court at whose direction the service and filing was made and that the foregoing is true and correct.

Executed on December 11, 2008, at Los Angeles, California.

_/s/ Michelle Wade_
Michelle Wade

41345393.1